**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK SANTORO and JESSICA LANDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOWER HEALTH and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 5:22-cv-04580-JFM<br><br>JURY TRIAL DEMANDED |

**AMENDED CERTIFICATION OF ERIN L. LEFFLER PURSUANT TO PRACTICES AND PROCEDURES OF JUDGE JOHN F. MURPHY**

I, Erin L. Leffler, of full age, hereby certify and state as follows:

1. I am a partner in the law firm of Shook Hardy & Bacon, L.L.P., attorneys for Defendant Tower Health ("Tower"). I submit this certification pursuant to Judge John F. Murphy's Policies and Procedures § 5, in support of Tower Health's Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule 12(b)(6).

2. On March 3, 2023, I notified Plaintiffs' counsel that Tower intended to file its Motion to Dismiss and conferred with Plaintiffs' counsel regarding the basis for the Motion.

3. Plaintiffs' counsel advised that Plaintiffs do not agree with Tower's legal conclusions, but will consider the specific facts and arguments Tower raises and respond to Tower's Motion in due course.

4. Both Tower and Plaintiffs agree that discovery should be stayed until Tower's Motion to Dismiss Plaintiffs' Complaint is resolved because the Motion addresses all counts Plaintiffs assert against Tower, and because proceeding with discovery before the Tower Motion

is decided creates a substantial risk of wasting resources and creating inefficiencies in the litigation.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: *_/s/ Erin L. Leffler_*
Erin L. Leffler

**CERTIFICATE OF SERVICE**

I, Erin L. Leffler, hereby certify that on March 7, 2023, I filed the foregoing Amended Certification of Counsel pursuant to the Policies and Procedures of Judge John F. Murphy on behalf of Defendant Tower Health by CM/ECF and served a true and correct copy by e-filing on the following counsel of record:

David J. Cohen (PA 74070)
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

Ryan F. Stephan
James B. Zouras
Teresa M. Becvar
Mohammed Rathur
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
tbecvar@stephanzouras.com
mrathur@stephanzouras.com

***Attorneys for Plaintiffs***

Karl B. Gunderson (PA Bar No. 315413)
KIRKLAND & ELLIS LLP
300 N LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2379
karl.gunderson@kirkland.com

Lauren R. Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
lgoldman@gibsondunn.com

***Attorneys for Defendant Meta Platforms, Inc.***

By: */s/ Erin L. Leffler*
Erin L. Leffler