**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATRICK SANTORO and JESSICA LANDIS,**<br>**Plaintiffs,**<br>**v.**<br><br>**TOWER HEALTH and META PLATFORMS, INC.,**<br>**Defendants.** | **Case No. 22-cv-4580** |

**PLAINTIFFS' RESPONSE TO THE COURT'S "SHOW CAUSE" ORDER**

Patrick Santoro and Jessica Landis ("Plaintiffs"), by and through their undersigned counsel, hereby respond to the Court's March 24, 2023 Order [Doc. 29] as follows:

1. Plaintiffs attach as Exhibit 1 to this Response the HHS Guidance document identified as Exhibit 1 in their Amended Complaint, *see* Am. Cpt., ¶31, which was inadvertently omitted from their March 20, 2023 Amended Complaint filing;

2. Plaintiffs attach as Exhibit 2 to this Response a document showing the revisions made from their original Complaint [Doc. 1] to their Amended Complaint [Doc. 28], as ordered; and

3. Last, considering Meta Platforms, Inc.'s Motion to Sever and Transfer [Doc. 18], this Court's March 7, 2023 Order granting this Motion [Doc. 27], and the subsequent transfer of Plaintiffs' claims against Meta Platforms, Inc. to the U.S. District Court for the Northern District of California, Plaintiffs respectfully advise they do not object to this Court dismissing the claims against Meta Platforms, Inc. pled in their Amended Complaint.

Respectfully Submitted,

Dated: March 27, 2023

/s/ *David J. Cohen*
David J. Cohen
**STEPHAN ZOURAS, LLP**
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
*dcohen@stephanzouras.com*

Ryan F. Stephan (admitted *pro hac vice*)
James B. Zouras (admitted *pro hac vice*)
Teresa M. Becvar (admitted *pro hac vice*)
**STEPHAN ZOURAS, LLP**
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
*rstephan@stephanzouras.com*
*jzouras@stephanzouras.com*
*tbecvar@stephanzouras.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiffs' Response To The Court's Show Cause Order have been served today upon all record counsel *via* the Court's ECF system.

Dated: March 27, 2023 /s/ *David J. Cohen*