**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICK SANTORO, JESSICA LANDIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-4580** |
| | : | |
| **TOWER HEALTH** | : | |

# ORDER

**AND NOW**, this 31st day of March 2023, upon considering Plaintiffs' Amended Complaint (DI 28), it is **ORDERED** Defendant Tower Health's Motion to dismiss (DI 25) is **DENIED as moot**.

**MURPHY, J.**