**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK SANTORO and JESSICA LANDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOWER HEALTH and META PLATFORMS, INC.,<br><br>Defendants. | Case No. 5:22-cv-04580-JFM<br><br>JURY TRIAL DEMANDED |

**DEFENDANT TOWER HEALTH'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), and Local Civ. R. 7.1, Defendant Tower Health respectfully moves to dismiss Plaintiffs' Amended Complaint (Dkt. 28). For the reasons set forth in the accompanying memorandum of law, Plaintiffs' Amended Complaint fails to state a claim upon which relief can be granted.

Dated: April 24, 2023

Respectfully submitted,

By: /s/ Erin L. Leffler

Erin (Loucks) Leffler (PA ID No. 204507)
eleffler@shb.com
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Tel: (215) 278-2555 | Fax: (215) 278-2594

Alfred J. Saikali (*pro hac vice* forthcoming)
asaikali@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Tel: (305) 358-5171 | Fax: (305) 358-7470

Josh Becker (*pro hac vice* forthcoming)
jbecker@shb.com
SHOOK, HARDY & BACON L.L.P.

1230 Peachtree St., Suite 1200
Atlanta, GA 30309
Tel: (470) 867-6000 | Fax: (470) 867-6001

Jenn O. Hatcher (*pro hac vice* forthcoming)
jhatcher@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547

Lindsey M. Knapton (*pro hac vice* forthcoming)
lknapton@shb.com
SHOOK, HARDY & BACON L.L.P.
1600 17th Street, Suite 450
Denver, CO 80202
Tel: (303) 285-5300 | Fax: (303) 285-5301

*Attorneys for Defendant Tower Health*