# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK SANTORO, JESSICA LANDIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-4580 |
| | : | |
| **TOWER HEALTH** | : | |

## ORDER

**AND NOW**, this 24th day of April 2024, upon considering defendant's motion to dismiss (DI 43), plaintiffs' opposition (DI 46), defendant's reply (DI 49), notices of supplemental authority (DI 50, 51, 53, 54, 55, 61, 63, 66, 69), oral argument held on March 13, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 43) is **GRANTED** and we **DISMISS** this case with prejudice.  The Clerk of Court shall **close** this case.

**MURPHY, J.**