**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICK SANTORO and JESSICA LANDIS,**<br>**Plaintiffs,**<br>**v.**<br><br>**TOWER HEALTH,**<br>**Defendant.** | : | **Case No. 22-cv-4580-JFM** |

**PLAINTIFF'S RECONSIDERATION MOTION**

For the reasons stated in their attached Memorandum of Law, Plaintiffs respectfully ask this Court to: grant their Reconsideration Motion; vacate its April 24, 2024 Order [Doc. 71] to the extent it grants Defendant's Motion to Dismiss and dismisses Plaintiffs' ECPA, negligence and privacy claims with prejudice; allow Plaintiffs to file their attached Third Amended Complaint, describing "the nature of the personal information allegedly captured by the Meta Pixel" and providing "more factual details about the information captured by the Meta Pixel," Memorandum, pp. 1, 13 [Doc. 70]; and set a schedule for Defendant's responsive pleading.

Respectfully submitted,

Dated: May 8, 2024

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

James B. Zouras
STEPHAN ZOURAS LLP
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
jzouras@stephanzouras.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned caused a copy of the foregoing pleading to be served upon all record counsel today by electronically filing said document *via* the Court's ECF system.

Dated: May 8, 2024 *<u>/s/ David J. Cohen</u>*