**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICK SANTORO, JESSICA LANDIS** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.  22-4580** |
| | : | |
| **TOWER HEALTH** | : | |

## <u>ORDER</u>

    **AND NOW**, this 13th day of November 2024, upon considering plaintiffs' motion for reconsideration (DI 72), defendant's opposition (DI 76), plaintiffs' reply (DI 77), defendant's motion for leave to file a notice of supplemental authority (DI 79), plaintiffs' opposition (DI 81), and for reasons in the accompanying memorandum, it is **ORDERED**:

    1.    Plaintiffs' motion for reconsideration (DI 72) is **DENIED**.

    2.    Defendant's motion for leave to file a notice of supplemental authority (DI 79) is **DENIED as moot**.

    3.    The Clerk of Court shall **close** this case.

**MURPHY, J.**